BATTLE *v.* GEORGIA RAILWAY AND ELECTRIC COMPANY.

FISH, P. J. This case, under its facts, is controlled by the decision rendered this day in the case of *Battle* v. *Georgia Railway and Electric Company*, ante, 992. *Judgment affirmed. All the Justices concur.*

Argued July 14,— Decided August 12, 1904.

Action for damages. Before Judge Reid. City court of Atlanta. October 14, 1903.

*Burton Smith, George Gordon,* and *J. A. Branch,* for plaintiff.
*Rosser & Brandon, W. T. Colquitt,* and *B. J. Conyers,* for defendant.